IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARILYN COMPTON                                                                 PLAINTIFF

v.                                          No. 4:09-cv-814-DPM

ARKANSAS DEPARTMENT OF VETERAN
AFFAIRS; ARKANSAS VETERANS HOME;
DOYLE BEATTY, Deputy Director of Veteran
Affairs; ALBERT WILSON, Administrator,
Arkansas Veterans Home; and DAVID
FLETCHER, Director, Arkansas Veterans Home                DEFENDANTS

JUDGMENT

Compton's complaint is dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

1 March 2012